JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARTON,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>CLERK OF U.S. DISTRICT COURT, et al.,<br><br>　　　　　　Respondents. | Case No. CV 19-06690 FMO (RAO)<br><br>JUDGMENT |

　　　　IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order Regarding Summary Dismissal of Petition for Writ of Habeas Corpus and Denial of Certificate of Appealability.

DATED: August 28, 2019

　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE